1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 DONGZI WU,                            )
                                         )  No. C 07-0300 MJJ
13               Plaintiff,              )
                                         )
14         v.                            )  **STIPULATION TO DISMISS; AND**
                                         )  **[PROPOSED] ORDER**
15 UNITED STATES CITIZENSHIP AND         )
   IMMIGRATION SERVICES;                 )
16                                       )
               Defendants.               )
17 _____
   ___)
18
       Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby
19
   stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without
20
   prejudice in light of the fact that the United States Citizenship and Immigration Services is now
21
   prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days
22
   of the dismissal of this action.
23
       Each of the parties shall bear their own costs and fees.
24
   ///
25
   ///
26
   ///
27

28

   Stip. to Dismiss
   C07-0300 MJJ                           1

| | |
|---|---|
| Date: June 29, 2007 | Respectfully submitted, |
| | SCOTT N. SCHOOLS<br>United States Attorney |
| | |
| | /s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Defendants |
| | |
| Date: June 29, 2007 | /s/<br>DONGZI WU<br>*Pro Se* |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   7/5/2007

MARTIN J. JENKINS
United States District Judge

Stip. to Dismiss
C07-0300 MJJ                               2